**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TONJA ELLISON,

Plaintiff,

vs.

Case No.:
Honorable
Magistrate Judge:

OFFICER SOVA, in his Individual capacity, and the CITY OF DETROIT, Jointly and Severally,

Defendants.

---

BEN M. GONEK (P-43716)
Ben M. Gonek, P.C.
Attorney for Plaintiff
101 West Big Beaver Road
10th Floor
Troy, Michigan 48084
(248) 457-7141

MARION R. JENKINS (P-26257)
Assistant Corporation Counsel
Attorney for Defendant City of Detroit
660 Woodward Avenue
1650 First National Building
Detroit, Michigan 48226
(313) 237-3032

---

# NOTICE OF REMOVAL

**NOW COMES** Defendant, City of Detroit, a municipal corporation, by and through its undersigned counsel and for its Removal pursuant to 28 U.S.C. Section 1441 says as follows:

1. This action was commenced on June 8, 2010 in the Circuit Court for the Third Judicial Circuit of Michigan and is now pending in that court.

2. On July 2, 2010 a Summons and a copy of the Complaint in this action was served on this Defendant.

3. On information and belief, no Defendant other than the Defendant filing this notice has been served in this action. Inspection of Wayne County Circuit Court records for Civil Action No. 10-006463 shows no proof of service has been filed with respect to anyother

Defendant.

4. The Plaintiff alleges in his Complaint that she is a resident of Michigan.

5. This is a civil action in which the Plaintiff seeks monetary relief from the alleged misconduct of the Defendants which is alleged to have resulted in the deprivation of certain rights protected by provisions of the United States Constitution. The Defendant removes the action to this Court, invoking the Court's federal question jurisdiction, because the Plaintiff bases the action on the United States Constitution and on 42 U.S.C. Sec. 1983.

6. This Court has original jurisdiction of this civil action pursuant to 28 U.S.C. Sec. 1331 and the action is removable to this Court pursuant to 28 U.S.C. Secs. 1441(a) and (b).

7. That pursuant to 28 U.S.C. Sec. 1367 this Court has supplemental jurisdiction over the common law state claims Plaintiff alleges.

8. Copies of all pleadings served upon the Defendant are attached. The Defendant has not received any orders concerning this action.

9. This Notice is filed within thirty days after first receipt by any Defendant of a copy of the Complaint which is the initial pleading setting forth the claim for relief upon which this action is based.

10. The action is not removed on the basis of jurisdiction conferred by 42 U.S.C. Sec. 1331 and is removed within one year after commencement of the action.

11. The undersigned has prepared a written notice of the removal of this action addressed to counsel for the Plaintiff and to the Clerk of the Court from which this action is being removed. Promptly after filing this Notice of Removal of Civil Action, the undersigned will cause copies of that written notice to be filed with the Clerk of the Court from which this action is being

removed and mailed by first-class mail to counsel for the Plaintiff.

**WHEREFORE,** Defendant, Detroit Police Officer W. Blake, removes this action to this Court.

Respectfully submitted,

/s/ Marion R. Jenkins
Assistant Corporation Counsel
Attorney for Defendant City of Detroit
660 Woodward Avenue
1650 First National Building
Detroit, MI 48226
(313) 237-3032
JenkMR@detroitmi.gov
(P-26257)

**Dated: July 14, 2010**

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Ben M. Gonek
101 West Big Beaver Road, 10th Floor
Troy, Michigan 48084

and hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants(s):

None.

/s/ Marion R. Jenkins
Assistant Corporation Counsel
Attorney for Defendant

660 Woodward Avenue
1650 First National Building
Detroit, MI 48226
(313) 237-3032
JenkMR@detroitmi.gov
(P-26257)