UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONJA ELLISON,

Plaintiff,

-vs

Case No: 10-12786
Hon. Gerald Rosen

OFFICER SOVA, in his Individual capacity,
and the CITY OF DETROIT,
Jointly and Severally,

Defendants.
______________________________________________/

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court having considered the stipulation of the parties hereto, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned cause be dismissed without prejudice pending approval of settlement and payment by the Detroit City Council. This Order resolves all pending claims in the above-captioned matter and closes this case.

Dated: May 6, 2011

s/Gerald E. Rosen
CHIEF, U.S. DISTRICT COURT JUDGE

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

/s/BEN M. GONEK
GIARMARCO, MULLINS & HORTON, PC
Attorney for Plaintiff
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7122
bgonek@gmhlaw.com
P43716

/s/MARION R. JENKINS
CITY OF DETROIT LAW DEPARTMENT
Attorney for Defendant City of Detroit
660 Woodward Avenue
1650 First National Building
Detroit, Michigan 48226
(313) 237-3032
JenkMR@detroitmi.gove
P26257